IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Winston, Robert E

Printed: 02/24/09

Case Number: 04 B 11164
Judge: Hollis, Pamela S
Filed: 3/22/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: January 12, 2009
Confirmed: May 17, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 8,591.65 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 5,673.46 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,474.40 |
| Trustee Fee: |  | 443.79 |
| Other Funds: |  | 0.00 |
| Totals: | 8,591.65 | 8,591.65 |

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 1. Timothy K Liou | Administrative | 2,474.40 | 2,474.40 |
| 2. Nationwide Acceptance Corp | Unsecured | 1,165.40 | 1,151.56 |
| 3. Portfolio Recovery Associates | Unsecured | 3,517.49 | 3,475.72 |
| 4. City Of Chicago Dept Of Revenue | Unsecured | 1,058.75 | 1,046.18 |
| 5. Merchant Credit Guide | Unsecured |  | No Claim Filed |
| 6. State Farm Insurance Co | Unsecured |  | No Claim Filed |
|  |  | $ 8,216.04 | $ 8,147.86 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 21.03 |
| 6.5% | 60.45 |
| 3% | 10.34 |
| 5.5% | 200.55 |
| 5% | 39.02 |
| 4.8% | 64.23 |
| 5.4% | 48.17 |
|  | $ 443.79 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Winston, Robert E

Printed: 02/24/09

Case Number:  04 B 11164
Judge:  Hollis, Pamela S
Filed:  3/22/04

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: